Phillip L. Kossy (Bar No. 071543)
E-mail:phillip.kossy@procopio.com
Annie Ellis (Bar No. 273107)
E-mail:annie.ellis@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant
Fair Isaac Corporation

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN GARON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FAIR ISAAC CORPORATION, dba FICO, an unknown entity, and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. **'19CV0406 BEN BLM**<br><br>**DECLARATION OF PHILIP L. KOSSY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO DISTRICT COURT** |

I, Phillip L. Kossy, declare:

1. I am an attorney duly authorized to appear before all courts in the State of California and before this Honorable Court. I am an attorney with the law firm of Procopio Cory Hargreaves & Savitch LLP, counsel for Fair Isaac Corporation, Defendant in the above-captioned matter. I have personal knowledge of the matters contained in this declaration and, if called to testify thereto, would competently do so. I have reviewed the file for this matter and am familiar with its contents.

2. This declaration is filed in support of Defendant's Notice of Removal.

3. On September 21, 2018, Plaintiff commenced this action by filing a complaint in the Superior Court of the State of California for the County of San Diego entitled, *John Martin Garon, an individual v. Fair Isaac Corporation, dba FICO, an unknown entity, and DOES 1 through 25,*

Case No. 37-2018-00047800-CU-OE-CTL against Defendant (the "Action"). Attached as **Exhibit A** to my declaration is a true and correct copy of Plaintiff's complaint.

4. I have reviewed Plaintiff's complaint in which he expressly asserts eight causes of action under California state law: (1) retaliation pursuant to **California Government Code section 12940(h)**; (2) retaliation based on use of medical leave pursuant to **California Government Code section 12945.2(1)**; (3) disability-based associational discrimination pursuant to **California Government Code section 12926(o)**; (4) failure to prevent discrimination and retaliation pursuant to **California Government Code section 12940(k)**; (5) negligent supervision; (6) wrongful termination in violation of public policy pursuant to **California Business and Professions Code section 17200**; (7) retaliation pursuant to **California Labor Code section 1102.5**; and (8) intentional infliction of emotional distress. Plaintiff's complaint does not allege or cite to any alleged violations of federal law.

5. On November 20, 2018, Defendant filed its answer to Plaintiff's complaint in the state court. Attached as **Exhibit B** to my declaration is a true and correct copy of Defendant's answer.

6. As of the date of Defendant's Notice of Removal, Exhibits A and B constitute all of the pleadings received or filed by Defendant in the Action, except for the initial discovery requests and responses exchanged by the parties before Defendant's Notice of Removal.

7. After filing its answer to Plaintiff's complaint in the San Diego Superior Court, Defendant sought initial written discovery to, among other things, ascertain clarity as to the basis for Plaintiff's various claims. On or around December 13, 2018, Defendant served Plaintiff with an initial set of discovery requests, including a set of thirty-three (33) "special interrogatories," two sets of California Judicial Council form interrogatories, and a demand for production of documents. Attached as **Exhibit C** to my declaration is a true and correct copy of Defendant's special interrogatories (set one) served on Plaintiff.

8. On January 29, 2019, Plaintiff served Defendant with his responses to Defendant's initial set of written discovery requests. Attached as **Exhibit D** to my declaration is a true and

2
DECLARATION SUPPORTING DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT
CASE NO. _____

correct copy of Plaintiff's responses to Defendant's special interrogatories (set one).  Plaintiff's discovery responses served on January 29, 2019, provided Defendant with notice, for the first time, that he was asserting claims arising under the laws of the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on February 28, 2019, in the County of San Diego, California.

*/s/* Phillip L. Kossy
Phillip L. Kossy